# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JEFFREY LEE ERVIN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2545

————————————————

April 10, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Jeffrey Lee Ervin, Jr., pro se.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.